**Frank J. POTTER**

v.

**Adrianne G. POTTER.**

**No. 81–338–M.P.**

Supreme Court of Rhode Island.

July 2, 1981.

A. L. Greenberg, Ltd., Newport, for plaintiff-respondent.

Betsy E. Grossman, Newport, for defendant-petitioner.

**ORDER**

The petitioner's motion to proceed in forma pauperis is granted. The petition for writ of certiorari and motion for stay are hereby denied. The stay entered in this case on June 30, 1981 is vacated.

■

**STATE**

v.

**Thomas C. ANTHONY.**

**No. 81–203–C.A.**

Supreme Court of Rhode Island.

July 2, 1981.

Dennis J. Roberts II, Atty. Gen., for plaintiff.

Janice M. Weisfeld, Asst. Public Defender.

**ORDER**

The defendant's motion to supplement the record with the trial transcript is granted.

■

**Robert VICCIONE**

v.

**CHIEN–SHENG CHEN.**

**No. 78–266–A.**

Supreme Court of Rhode Island.

July 2, 1981.

Quinn, Cuzzone, Geremia & Pennacchia, Bruce Q. Morin, Providence, for plaintiff.

Chien-Sheng Chen, New York City, for defendant.

**ORDER**

This case is assigned to the *show cause* calendar.

The plaintiff is directed to appear on a date to be assigned and show cause why the default judgment entered in this case should not be vacated because of plaintiff's failure to comply with the provisions of Super.R.Civ.P. 55. See *Medeiros v. Hilton Homes, Inc.*, R.I., 408 A.2d 598 (1979); and *Pollins v. McGovern*, 110 R.I. 186, 291 A.2d 418 (1972).

SHEA, J., did not participate.